**Fill in this information to identify the case:**

Debtor 1 ___Debra L. Barnes_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Western_____ District of _Wisconsin_____
                                                                                        (State)

Case number _16-12642-cjf_____

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: _MTGLQ Investors, LP_____    Court claim no. (if known): _4_____

**Last 4 digits** of any number you use to
identify the debtor's account:        _8_  _9_  _5_  _7_

Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?

☒ No

☐ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _07/17/17_____ | (5) | $ ____150.00 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _05/02/17; 05/31/17; 08/29/17____ | (7) | $ _____49.50 |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | _____ | (10) | $ _____ |
| 11. Other. Specify: _Post-Petition Fee Notice_ | _09/05/17_____ | (11) | $ ____150.00 |
| 12. Other. Specify: _____ | _____ | (12) | $ _____ |
| 13. Other. Specify: _____ | _____ | (13) | $ _____ |
| 14. Other. Specify: _____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Debra L. Barnes | | | Case number *(if known)* | 16-12642-cjf |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____   Date __10/4/17__
    Signature

Print:   Jay Pitner _____   Title   Attorney _____
    First Name     Middle Name     Last Name

Company   Gray & Associates, L.L.P. _____

Address   16345 West Glendale Drive _____
    Number      Street

    New Berlin, WI  53151-2841 _____
    City        State      ZIP Code

Contact phone   (414) 224-8404 _____   Email   bknotices@gray-law.com _____

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose.  If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

IN RE                                      Chapter: 13
Debra L. Barnes
                                           Case No. 16-12642-cjf
     Debtor.

## CERTIFICATE OF SERVICE

     I hereby certify that on October __4__, 2017, the notice of postpetition mortgage fees, expenses, and charges was electronically filed in this case and served upon the following parties using the ECF system:

     Mark Harring Trustee

     Western District U.S. Trustee

     Robert A. Wertheimer

     I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

     Debra L. Barnes
     130 N Starr Ave
     New Richmond, WI 54017-1230

Dated this ____4_____ day of October, 2017.

                                _____
                               Carley Pettis, Bankruptcy Analyst
                               Gray & Associates, L.L.P.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose.   If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.