Fill in this information to identify the case:

Debtor 1  Debra L. Barnes

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western          District of Wisconsin
                                                          (State)

Case number 16-12642-cjf

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, as Trustee of the Chalet Series IV Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 1 2 1

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☒ Yes. Date of the last notice: 10/4/2017

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 5/13/2020- Objection to Motion to Suspend Review $150.00, Objection $500.00 | (3) | $ 650.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Attorney's Fees/Notice of Post Petition Fees | 7/17/2020 | (11) | $ 150.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

Debtor 1  Debra L. Barnes
          First Name   Middle Name   Last Name

Case number (if known) 16-12642-cjf

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _____(signature)_____   Date 7/17/20
Signature

Print: Christopher C. Drout
       First Name   Middle Name   Last Name

Title  Attorney

Company  Gray & Associates, L.L.P.

Address  16345 West Glendale Drive
         Number      Street
         New Berlin, WI  53151-2841
         City              State    ZIP Code

Contact phone  (414) 224-8404

Email  bknotices@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

IN RE
Debra L. Barnes

Chapter: 13

Case No. 16-12642-cjf

Debtor.

**CERTIFICATE OF SERVICE**

I hereby certify that on July _17th_, 2020, the notice of postpetition mortgage fees, expenses, and charges was electronically filed in this case and served upon the following parties using the ECF system:

Mark Harring Trustee

Western District U.S. Trustee

Robert A. Wertheimer

I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

Debra L. Barnes
130 N Starr Ave
New Richmond, WI 54017-1230

Dated this ___17th___ day of July, 2020.

_____
Barbara Jenovai, Bankruptcy Analyst
Gray & Associates, L.L.P.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.